**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Migi Asset Acquisition, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2530571** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **854 Madison Avenue**<br>**Albany, NY 12208**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Albany**<br>County | **Location of principal assets, if different from principal place of business**<br>**98 Washington Avenue Pleasantville, NY 10570**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Migi Asset Acquisition, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Migi Asset Acquisition, LLC**                                              Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Migi Asset Acquisition, LLC**                                          Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

| Debtor | **Migi Asset Acquisition, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  9, 2023**
MM / DD / YYYY

**X /s/ Peter Aytug**                                   **Peter Aytug**
Signature of authorized representative of debtor    Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X /s/ Kenneth L. Baum, Esq.**                    Date    **February  9, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**Kenneth L. Baum, Esq.**
Printed name

**Law Offices of Kenneth L. Baum LLC**
Firm name

**201 W. Passaic Street**
**Suite 104**
**Rochelle Park, NJ 07662**
Number, Street, City, State & ZIP Code

Contact phone    **(201) 853-3030**    Email address    **kbaum@kenbaumdebtsolutions.com**

Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Migi Asset Acquisition, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2347 Lexington Avenue LLC 854 Madison Avenue Albany, NY 12208** | | **Loan** | **Unliquidated** | | | **$6,467.80** |
| **295 Fairmount Avenue LLC 854 Madison Avenue Albany, NY 12208** | | **Loan** | **Unliquidated** | | | **$30,990.00** |
| **854 Madison Avenue LLC 854 Madison Avenue Albany, NY 12208** | | **Loan** | **Unliquidated** | | | **$37,500.00** |
| **ARQ HT LLC 100 Executive Blvd. Suite 204 Ossining, NY 10562** | | | **Unliquidated** | | | **$15,000.00** |
| **Con Edison 4 Irving Place New York, NY 10003-3598** | | | **Unliquidated** | | | **$35,000.00** |
| **Edwin Paulsen 1054 1st Street Manhattan Beach, CA 90266** | | **Loan** | **Unliquidated** | | | **$200,000.00** |
| **Eris Capital LLC 854 Madison Avenue Albany, NY 12208** | | **Loan** | **Unliquidated** | | | **$45,995.83** |
| **Hackensack Plank 53 LLC 854 Madison Avenue Albany, NY 12208** | | **Loan** | **Unliquidated** | | | **$104,900.00** |

Debtor  **Migi Asset Acquisition, LLC**                                                        Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HLRP-HB LLC 854 Madison Avenue Albany, NY 12208** | | **Loan** | **Unliquidated** | | | $137,550.00 |
| **International Management Assoc 854 Madison Avenue Albany, NY 12208** | | **Loan** | **Unliquidated** | | | $21,860.00 |
| **Michael J. Bronstein 5127 Greenbank Drive Jamesville, NY 13078** | | **Loan** | **Unliquidated** | | | $50,000.00 |
| **Neptune Avenue 94 LLC 854 Madison Avenue Albany, NY 12208** | | | **Unliquidated** | | | $44,200.00 |
| **Pinnacle Construction Group 154-156 1st Street Suite A Elizabethport, NJ 07206** | | | **Unliquidated** | | | $50,000.00 |
| **Prime Master Construction 807 Nassau Street North Brunswick, NJ 08902** | | | **Unliquidated** | | | $9,000.00 |
| **Richmond Elevator 1931 Baldwin Road Yorktown Heights, NY 10598** | | | **Unliquidated** | | | $10,000.00 |
| **Steven Bronstein 9241 Clear Hill Road Boynton Beach, FL 33473** | | **Loan** | **Unliquidated** | | | $250,000.00 |
| **Structurtech Engineering PC 9 Lee Place Paterson, NJ 07505** | | | **Unliquidated** | | | $16,000.00 |
| **Tillinghast Properties LLC 854 Madison Avenue Albany, NY 12208** | | **Loan** | **Unliquidated** | | | $67,929.00 |
| **VMS 1 Pizza, LLC 77 Austin Road Mahopac, NY 10541** | | | **Unliquidated** | | | $30,000.00 |

Debtor **Migi Asset Acquisition, LLC**                                    Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **York Capital Management LLC 854 Madison Avenue Albany, NY 12208** | | **Loan** | **Unliquidated** | | | **$627,817.30** |

2347 LEXINGTON AVENUE LLC
854 MADISON AVENUE
ALBANY, NY 12208


295 FAIRMOUNT AVENUE LLC
854 MADISON AVENUE
ALBANY, NY 12208


854 MADISON AVENUE LLC
854 MADISON AVENUE
ALBANY, NY 12208


90 COURTHOUSE PLAZA LLC
854 MADISON AVENUE
ALBANY, NY 12208


AFFORDABLE FIRE PROTECTION INC
66 GROVE STREET
#17
RIDGEFIELD, CT 06877


ARQ HT LLC
100 EXECUTIVE BLVD.
SUITE 204
OSSINING, NY 10562


ASE CONSULTING SERVICES
8 ROCKVILLE AVENUE
STATEN ISLAND, NY 10314


BILL REYNOLDS JR. GARAGE DOORS
1270 ROUTE 311
PATTERSON, NY 12563


CALL-A-HEAD
304 CROSSBAY BLVD.
FAR ROCKAWAY, NY 11693


CCG MANAGEMENT GROUP INC.
151 WEST PASSAIC STREET
2ND FLOOR
ROCHELLE PARK, NJ 07662

CON EDISON
4 IRVING PLACE
NEW YORK, NY 10003-3598

COUNTY OF WESTCHESTER
148 MARTINE AVENUE
WHITE PLAINS, NY 10601

EDWIN PAULSEN
1054 1ST STREET
MANHATTAN BEACH, CA 90266

ERIS CAPITAL LLC
854 MADISON AVENUE
ALBANY, NY 12208

FIRE PROOFING 5GP SPENCER
2150 SCHUETZ ROAD
SAINT LOUIS, MO 63146

FIRE PROTECTION DESIGN INC.
14 DENVER DRIVE
NEW CITY, NY 10956

FULTON FAIRMOUNT PARKER LLC
854 MADISON AVENUE
ALBANY, NY 12208

HACKENSACK PLANK 53 LLC
854 MADISON AVENUE
ALBANY, NY 12208

HLRP-HB LLC
854 MADISON AVENUE
ALBANY, NY 12208

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS.
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL MANAGEMENT ASSOC
854 MADISON AVENUE
ALBANY, NY 12208

JUSTIN R. ADIN, ESQ.
COUNTY OF WESTCHESTER
148 MARTINE AVENUE
WHITE PLAINS, NY 10601


KA INTERIOR RENOVATIONS
313 59TH STREET
WEST NEW YORK, NJ 07093


MGT HOME IMPROVEMENT
76 N. MALCOLM STREET
OSSINING, NY 10562


MICHAEL J. BRONSTEIN
5127 GREENBANK DRIVE
JAMESVILLE, NY 13078


NEPTUNE AVENUE 94 LLC
854 MADISON AVENUE
ALBANY, NY 12208


NYC DEPT OF FINANCE
OFFICE OF LEGAL AFFAIRS
375 PEARL ST., 30TH FLOOR
NEW YORK, NY 10038


NYS DEPT OF TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


P&D ELECTRIC OF HUDSON VALLEY
53 ELIZA STREET
BEACON, NY 12508


PINNACLE CONSTRUCTION GROUP
154-156 1ST STREET
SUITE A
ELIZABETHPORT, NJ 07206


PRIDE FUNDING LLC
155 E. MAIN STREET
SUITE 190
SMITHTOWN, NY 11787

PRIME MASTER CONSTRUCTION
807 NASSAU STREET
NORTH BRUNSWICK, NJ 08902


QUALITY FIRST PLUMBING
PO BOX 35
MONTROSE, NY 10548


RICHMOND ELEVATOR
1931 BALDWIN ROAD
YORKTOWN HEIGHTS, NY 10598


STEVEN BRONSTEIN
9241 CLEAR HILL ROAD
BOYNTON BEACH, FL 33473


STRUCTURE TECH ENGINEERING
9 LEE PLACE
PATERSON, NJ 07505


STRUCTURTECH ENGINEERING PC
9 LEE PLACE
PATERSON, NJ 07505


TADCO ENGINEERING & ENVIRON.
1099 WALL STREET
SUITE 246
LYNDHURST, NJ 07071


THREE BROTHERS CONTRACTING
255 GRAFTON AVENUE
NEWARK, NJ 07102


TILLINGHAST PROPERTIES LLC
854 MADISON AVENUE
ALBANY, NY 12208


V.M.S. CONSTRUCTION LLC
77 AUSTIN ROAD
MAHOPAC, NY 10541


VILLAGE OF PLEASANTVILLE
TAX COLLECTOR
80 WHEELER AVENUE
PLEASANTVILLE, NY 10570

VMS 1 PIZZA, LLC
77 AUSTIN ROAD
MAHOPAC, NY 10541


WILKINSON BOSTWICK PARTNES LLC
854 MADISON AVENUE
ALBANY, NY 12208


YORK CAPITAL MANAGEMENT LLC
854 MADISON AVENUE
ALBANY, NY 12208


YORK FUNDING LLC
854 MADISON AVENUE
ALBANY, NY 12208

# United States Bankruptcy Court
## Southern District of New York

In re    **Migi Asset Acquisition, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Migi Asset Acquisition, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  9, 2023**

Date

**/s/ Kenneth L. Baum, Esq.**

**Kenneth L. Baum, Esq.**

Signature of Attorney or Litigant

Counsel for   **Migi Asset Acquisition, LLC**

**Law Offices of Kenneth L. Baum LLC**

**201 W. Passaic Street**
**Suite 104**
**Rochelle Park, NJ 07662**
**(201) 853-3030 Fax:(201) 584-0297**
**kbaum@kenbaumdebtsolutions.com**