UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                              :    Chapter 11
                                                                   :
MIGI ASSET ACQUISITION, LLC,                                       :    Case No. 23-22110 (SHL)
                                                                   :
                                             Debtor.               :
---------------------------------------------------------------x

**CONSENT ORDER GRANTING UNITED STATES TRUSTEE'S MOTION,
PURSUANT TO 11 U.S.C. § 1112(b)(4), TO DISMISS CASE**

Upon the motion, dated September 6, 2023 (the "Motion") [ECF No. 45], of William K. Harrington, the United States for Region 2, pursuant to 11 U.S.C. § 1112(b)(4), seeking an order dismissing the chapter 11 case of Migi Asset Acquisition, LLC (the "Debtor") or converting it to a case under chapter 7 of the Bankruptcy Code; and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief sought in the Motion having been provided; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and the Court having scheduled a hearing to be held on October 12, 2023, at 10:00 am, to consider the relief requested in the Motion (the "Hearing"); and upon the Declaration of Andrea B. Schwartz dated September 6, 2023, in support of the Motion; and there being no objections or other responses to the Motion having been filed; and the Debtor having consented to the relief set forth in the Motion; and it appearing that the Motion sets forth just cause for the relief granted herein; and it appearing that the relief sought is in the best interests of the estate and its creditors; and upon the record of the

Hearing and all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor

        IT IS HEREBY ORDERED THAT:

1.    The Debtor's chapter 11 case is hereby dismissed; and it is further ordered that

2.    The Debtor shall file an affidavit setting forth all disbursements made for the period from the ending date of the last monthly operating report filed to the date hereof, serve a copy thereof upon the United States Trustee, and pay to the United States Trustee all fees due and owing pursuant to 28 U.S.C. § 1930, together with interest (if any) pursuant to 31 U.S.C. § 3717 through the date of this Order, within 10 days of the date hereof; and it is further ordered that

3.    The Court shall retain jurisdiction concerning all aspects of this Order and to consider all applications for compensation and reimbursement of expenses of the Debtor's professionals.

4.

This Order is hereby consented to by:

LAW OFFICES OF KENNETH L. BAUM LLC
Attorneys for the Debtor

By:   */s/ Kenneth L. Baum*                         Dated: October 17, 2023
       Kenneth L. Baum

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By       *Andrea B. Schwartz*                   Dated:     October 17, 2023
       Andrea B. Schwartz
       Mark Bruh
       Trial Attorneys

**SO ORDERED this 24th day of October 2023:**

***/s/ Sean H. Lane***
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE